

96 South Ocean Avenue
Patchogue, New York 11772
T: 631.447.8100
F: 631.447.8181

2200 Montauk Highway, Suite 201
P.O. Box 1262
Bridgehampton, New York 11932
T: 631.329.2828
F: 631.324.2472

**CHRISTOPHER BIANCO**
Associate
cbianco@egangolden.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   02/04/2022

February 3, 2022

The conference set for February 16 is cancelled.  I will hold a conference in this matter on Friday, February 25, 2022 at 11 am via telephone.  The dial-in information is the same as provided in my previous order.  (See Doc. 48.)

**VIA ECF**
Hon. Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

      Re:   *International Flight Resources, LLC v. Aufiero et al.*
            1:21-cv-03029-VSB

Dear Judge Broderick:

      Our firm is counsel to Defendant Joseph Aufiero in the above-referenced action. Because of a previously scheduled commitment, we are unavailable for the conference currently scheduled for February 16.  We write to request a new date and time.  After conferring with counsel, we propose the following dates and times during which all parties are available: Tuesday February 22 (12:00-1:30pm), Wednesday February 23 (any time after 1:30 pm), Thursday February 24 (10 am to 6 pm), Friday February 25 (10 am to 2 pm).

      Thank you for the consideration of this request.

                          Respectfully yours,

                          Christopher Bianco

www.EganGolden.com