# McGuireWoods

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Katherine A. Garland
Direct: 212.548.7028
kgarland@mcguirewoods.com
Fax: 212.715.6281

March 18, 2025

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.   03/19/2025
>
> Separately, I will file the redacted version of Opinion & Order on the public docket.

**VIA ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *International Flight Resources, LLC v. Aufiero,*
      Case No.: 1:21-cv-03029-VSB
      **Joint Sealing Request**

Dear Judge Broderick:

The undersigned counsel represents Plaintiff International Flight Resources, LLC ("IFR") and Defendants Wells Fargo & Co. and Wells Fargo Merchant Services, LLC (collectively, "Wells Fargo," and together with IFR, the "Parties") in the above-captioned action (the "Action"). In accordance with this Court's directive, as set forth in its March 4, 2024 Order of Dismissal (the "Opinion and Order"), the Parties have met and conferred on proposed redactions to the Opinion and Order and have agreed-upon redaction proposals submitted herewith (the "Redaction Proposals"). *See* **Exhibit A**.

Consistent with prior sealing requests, the Redaction Proposals are narrowly tailored to cover highly sensitive and confidential information, including the terms of the Settlement Agreement subject to a confidentiality provision and non-public business information relating to the Parties' settlement negotiation strategy. This Court has previously granted Wells Fargo's requests to seal identical information contained in the briefing underlying the Opinion and Order. *See* ECF Nos. 37, 47, 76 and 84. As such, the parties are hereby requesting that this same information be redacted in the Opinion and Order.

We appreciate your attention to this matter.

Respectfully submitted,

  /s/ Katherine A. Garland
Katherine A. Garland
M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP

March 18, 2025
Page 2

*Counsel for Defendants Wells Fargo & Co. and Wells Fargo Merchant Services, LLC*

 */s/ Jean-Marc Zimmerman*_____
Jean-Marc Zimmerman
Lucosky Brookman LLP

*Counsel for Plaintiff International Flight Resources, LLC*