**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
INTERNATIONAL FLIGHT RESOURCES, LLC

                Plaintiff,                21 **CIVIL** 3029 (VSB)

      -against-                   **JUDGMENT**

JOSEPH AUFIERO, WELLS FARGO MERCHANT SERVICES, LLC, & WELLS FARGO & CO.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 19, 2025, Defendants' motions to dismiss are GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 19, 2025

                                                    **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                          **BY:**      _____
                                                        **Deputy Clerk**